# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

UNITED STATES OF AMERICA                                                          PLAINTIFF

v.                            No. 4:18-cr-00319-JM-03

JUANITA MICHELLE MITCHELL                                      DEFENDANT

## ORDER

Pending before the Court is United States' Motion to Dismiss the Indictment as to Defendant Juanita Michelle Mitchell. Good cause having been shown, the motion is GRANTED. (Doc. No. 84) The Indictment is hereby dismissed without prejudice as to the above-named defendant.

IT IS SO ORDERED this 29th day of June, 2020.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE